IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

REGINALD AND KIMBERLY
RANDLES                                                                                          PLAINTIFFS

v.                                          Case No. 4:16-cv-4117

TEXARKANA SCHOOL DISTRICT                                                         DEFENDANT

## JUDGMENT

Before the Court is a Joint Motion to Dismiss with Prejudice. (ECF No. 12). The parties move the Court for an order dismissing with prejudice all claims in this case. The parties state that they have resolved all issues in this case. Accordingly, the Court finds that Plaintiffs' complaint and Defendant's counterclaim should be and hereby are **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Judgment. The Court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 23rd day of October, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge